

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00137-CV |
| Style: | In re Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs, Relators |
| Date motions filed[*]: | June 6, 2017 |
| Type of motions: | Motion for *Pro Hac Vice* Admission of Rachel Cowen with Christina E. Ponig's Motion Pursuant to Rule XIX(B) of the Rules Governing Admission to the Bar of Texas |
| Parties filing motions: | Counsel for relators, Terra Energy Partners, LLC, Benjamin "B.J." Reynolds, Mark Mewshaw, and Wes Hobbs, Christina E. Ponig |
| Document to be filed: | N/A |

Is appeal accelerated?      Yes (original proceeding).

Ordered that motions are:
- ☐ Granted
- ☑ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

The motion for *pro hac vice* admission of Rachel Cowen, filed by the resident attorney, Christina E. Ponig, and Christina E. Ponig's motion in support are **denied without prejudice** to refiling with the required motion filed by the non-resident attorney, Rachel Cowen. *See* TEX. RULES GOVERN. BAR ADM'N XIX(b) (West 2015) ("The motion of the *non-resident* attorney seeking permission to participate in Texas proceedings must be accompanied by motion of the resident practicing Texas attorney with whom the non-resident attorney will be associated in the proceeding of a particular cause.") (emphasis added).

Judge's signature: /s /Evelyn V. Keyes
                    ☑ Acting individually      ☐ Acting for the Court
Date: June 13, 2017

November 7, 2008 Revision